# EXHIBIT C

Filing # 85133875 E-Filed 02/19/2019 11:10:27 AM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

LOUIS "DUKE" MENDEL

    Plaintiff,

v.

NESTLÉ WATERS NORTH AMERICA, INC.

    Defendant.

_____/

CASE NO.: 19-CA-778

DIV: E

**PLAINTIFF'S NOTICE OF FILING EXHIBIT TO COMPLAINT**

Plaintiff Louis "Duke" Mendel, individually and on behalf of a class of all Florida persons or entities who are similarly situated, hereby provides notice of filing this Exhibit 1, referenced as Exh.1, to his Class Action Complaint, Filing # 83715141, e-Filed on 01/22/2019, against Defendant, Nestlé Waters North America, Inc. ("Nestlé").

Dated: February 19, 2019

                                            Respectfully submitted,

                                            */s/Anthony Garcia*
                                            Anthony Garcia
                                            AG LAW, P.A
                                            742 S. Village Circle,
                                            Tampa, FL 33606
                                            Phone: 813.259.9555
                                            Fax 813.254.9555
                                            Anthony@aglawinc.com

                                            Nicholas W. Armstrong*
                                            PRICE ARMSTRONG, LLC
                                            2421 2nd Avenue North, Suite 1

Birmingham, AL 35203
Phone: 205.208.9588
Fax: 205.208.9598
nick@pricearmstrong.com

W. Lewis Garrison, Jr. *
Taylor C. Bartlett *
**HENINGER GARRISON DAVIS, LLC**
2224 First Avenue North
Birmingham, AL 35203
Phone: 205.326.3336
Fax: 205.380.0145
lewis@hgdlawfirm.com
taylor@hgdlawfirm.com

*Attorneys for Mr. Mendel*

*Pending admission pro hac vice

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2019, I electronically filed the foregoing with the Clerk of the Court by using the Florida Courts E-Filing Portal which will send notice of the filing to all counsel of record.



**ReadyRefresh** — JUST CLICK AND QUENCH — by Nestlé

Account Number: 0006405245
Invoice Number: 18J0006405245
Deliveries From: 10/01/18 - 10/31/18
Billing Date: 11/02/18
Delivery Address: DUKE MENDEL
8494 LUPTON PL
PLANT CITY FL 33567

**Upcoming Deliveries:**

| TUE- | NOV | 06 | Access your delivery calendar at |
| FRI- | DEC | 07 | ReadyRefresh.com |

by 11/22/18

| | |
|---|---|
| PREVIOUS BALANCE | $68.76 |
| PAYMENT / ADJUSTMENT | $68.76 |
| CURRENT ACTIVITY | $152.73 |
| PAY THIS AMOUNT | $152.73 |

To pay your bill or for any questions visit us at
**ReadyRefresh.com**

Or call 1-800-274-5282

| Date | Ticket # | Qty | Description | Amount |
|---|---|---|---|---|
| | | | PREVIOUS BALANCE | -68.76 |
| 10/10 | 369580 | | PAYMENT-THANK YOU | -68.76 |
| 10/17 | 8487354196 | 15 | ZEPHYRHILLS BRAND SPRING WATER 5 GALLON BOTTLE | 149.85 |
| | | 15 | 5 GALLON BOTTLE DEPOSIT | 90.00 |
| | | 15 | 5 GALLON BOTTLE RETURN | -90.00 |
| 10/31 | 8489372386 | 1 | OIL/FUEL SURCHARGE | 2.88 |

Total $152.73

### News for You

Getting help just got easier with our NEW Click to Chat feature on ReadyRefresh.com. Simply log into your account and chat live with a representative who can answer questions, update a delivery and more. . . all in real time!

Detach below stub and return with your payment

Page 1 of 1



Ready Refresh — JUST CLICK AND QUENCH — by Nestlé

1-800-274-5282
# 215  6661 DIXIE HWY, SUITE 4
LOUISVILLE  KY 40258

ADDRESS SERVICE REQUESTED

| ACCOUNT NUMBER - 0006405245 | INVOICE NUMBER - 18J0006405245 |
|---|---|

**Total Amount Due by 11/22/18**  $152.73

Amount Enclosed:  $

5052000640524550015273001527345

DUKE MENDEL
1808 JAMES L REDMAN PKWY APT 390
PLANT CITY FL 33563-6914

520105-050-1***--1-D-B-R  ~01,415

ReadyRefresh by Nestlé
a Division of Nestlé Waters North America Inc.
P.O. Box 856680
Louisville, KY 40285-6680

☐ SIGN UP FOR FREE AUTOPAY! Sign Up Required On Reverse Side Or visit ReadyRefresh.com