# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

CASE NO._____

LOUIS "DUKE" MENDEL,

    Plaintiff,

v.

NESTLE WATERS NORTH AMERICA, INC.,

    Defendant.

_____/

**DECLARATION OF ERIC LORD**

    I, Eric Lord, make the following Declaration under penalty of perjury:

    1.    I have personal knowledge of the facts stated herein, and I am competent to testify if called upon as a witness herein.

    2.    I am the Director of Customer Experience of Nestlé Waters North America Inc. ("Nestlé Waters"). In my capacity as Director of Customer Experience, I am knowledgeable about the invoicing of Nestlé Waters' customers, including the invoicing for products which it delivers to its home and office customers.

    3.    According to Nestlé Waters' records, Plaintiff has been a customer of Nestlé Waters and has paid a delivery fuel surcharge fee since at least January, 2010. (Annexed as Exhibit 1 is a true copy of Plaintiff's customer invoices for the billing periods of December 21, 2009 through January 20, 2010, and reflecting that Plaintiff paid a delivery fuel surcharge fee.)

1

4. Based upon Nestlé Waters' records, since January 2010, more than 100 Florida customers have paid delivery fuel surcharge fees which total more $5,000,000.

5. Additional delivery fuel surcharge fees will be paid by Florida customers through the date that class notice is given.

6. Based upon Nestlé Waters' records, since January 2010, more than $5,000,000 of product sales have been made to Florida customers for which delivery fuel surcharge fees were paid.

## DECLARATION UNDER 28 U.S.C. § 1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 20, 2019.

ERIC LORD

2

# EXHIBIT 1



#216 6661 DIXIE HWY, SUITE 4 LOUISVILLE, KY 40258
ReadyRefresh.com

| BILLING PERIOD | INVOICE NUMBER |
|---|---|
| 12/21/09 - 01/20/10 | 00A0006405245 |

| UPCOMING DELIVERIES | ACCOUNT NUMBER |
|---|---|
| TUE-MAR 12 | 0006405245 |
| WED-APR 10 | |
| FRI-MAY 10 | |
| TUE-JUN 11 | |

DUKE MENDEL
1808 JAMES L REDMAN PKWY APT 390
PLANT CITY, FL 33563

Customer Service: 800-274-5282

Thank you for choosing ReadyRefresh by Nestle!
We value your business.

Get a healthy start to the New Year! Take $2 off each case of 700 mL Sport bottles and Half-Pint you buy -- but act fast, its for a limited time only! Go online or call today to add to your next order.

## ACCOUNT ACTIVITY

Pay your bill online at: ReadyRefresh.comor by phone at: 800-274-5282.    It's free!

Delivery address:   DUKE MENDEL, 8494 LUPTON PL, PLANT CITY, FL 33567

| DATE | REFERENCE # | QTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| | | | PREVIOUS BALANCE | 2.73 |
| 01/03 | 059691 | | PAYMENT-THANK YOU | -2.73 |
| 12/30 | 8196115532 | 3 | 5 GAL ZH NATURAL SPRING WATER | 24.57 |
| 12/30 | 8196115532 | 4 | 5 GALLON BOTTLE DEPOSIT | 24.00 |
| 12/30 | 8196115532 | 1 | 5 GAL ZH NATURAL SPRING WATER | 0.00 |
| 12/30 | 8196115532 | 4 | 5 GALLON BOTTLE DEPOSIT REFUND | -24.00 |
| 01/20 | 8198803812 | 1 | OIL/FUEL SURCHARGE | 2.20 |
| | | | TOTAL | 26.77 |

ACCOUNT SUMMARY
Subject to terms on reverse side.

| PREVIOUS BALANCE | PAYMENT/ADJUSTMENT | CURRENT ACTIVITY | PAY THIS AMOUNT |
|---|---|---|---|
| 2.73 | 2.73 | 26.77 | 26.77 |

Detach this stub and return with your payment
P.O. BOX 856680
LOUISVILLE, KY 40285-6680

| ACCOUNT NUMBER | PAY BY | PAY THIS AMOUNT |
|---|---|---|
| 0006405245 | 02/11/10 | 26.77 |
| INVOICE NUMBER | BILLING DATE | AMT ENCLOSED |
| 00A0006405245 | 01/20/10 | |

ReadyRefresh by Nestle
a Division of Nestlé Waters North America Inc.
P.O. BOX 856680
LOUISVILLE, KY 40285-6680

☐ Print Any Changes On Reverse Side And Check Box.

DUKE MENDEL
8494 LUPTON PL
PLANT CITY, FL 33567

FOR CUSTOMER SERVICE CALL   800 274 5282

PAGE 1 OF 1



**Ready Refresh**
JUST CLICK AND QUENCH

#216 6661 DIXIE HWY, SUITE 4 LOUISVILLE, KY 40258
ReadyRefresh.com

DUKE MENDEL
1808 JAMES L REDMAN PKWY APT 390
PLANT CITY, FL 33563

| BILLING PERIOD | INVOICE NUMBER |
|---|---|
| 01/21/10 - 02/20/10 | 00B0006405245 |

| UPCOMING DELIVERIES | ACCOUNT NUMBER |
|---|---|
| TUE-MAR 12 WED-APR 10 FRI-MAY 10 TUE-JUN 11 | 0006405245 |

Customer Service: 800-274-5282

Thank you for choosing ReadyRefresh by Nestle!
We value your business.

**IMPORTANT:** Please be advised that the invoice for your next delivery will reflect a price increase on select products and equipment. Please call us if you have any questions.

**ACCOUNT ACTIVITY**   Pay your bill online at: ReadyRefresh.com or by phone at: 800-274-5282.   It's free!

Delivery address: DUKE MENDEL, 8494 LUPTON PL, PLANT CITY, FL 33567

| DATE | REFERENCE # | QTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| | | | PREVIOUS BALANCE | 26.77 |
| 02/05 | 162909 | | PAYMENT-THANK YOU | -26.77 |
| 02/01 | 8198914742 | 3 | 5 GAL ZH NATURAL SPRING WATER | 24.57 |
| 02/01 | 8198914742 | 3 | 5 GALLON BOTTLE DEPOSIT | 18.00 |
| 02/01 | 8198914742 | 3 | 5 GALLON BOTTLE DEPOSIT REFUND | -18.00 |
| 02/20 | 8201462283 | 1 | OIL/FUEL SURCHARGE | 2.20 |
| | | | TOTAL | 26.77 |

**ACCOUNT SUMMARY**
Subject to terms on reverse side.

| PREVIOUS BALANCE | PAYMENT/ADJUSTMENT | CURRENT ACTIVITY | PAY THIS AMOUNT |
|---|---|---|---|
| 26.77 | 26.77 | 26.77 | 26.77 |

Detach this stub and return with your payment
P.O. BOX 856680
LOUISVILLE, KY 40285-6680

| ACCOUNT NUMBER | PAY BY | PAY THIS AMOUNT |
|---|---|---|
| 0006405245 | 03/14/10 | 26.77 |
| INVOICE NUMBER | BILLING DATE | AMT ENCLOSED |
| 00B0006405245 | 02/20/10 | |

ReadyRefresh by Nestle
a Division of Nestlé Waters North America Inc.
P.O. BOX 856680
LOUISVILLE, KY 40285-6680

Print Any Changes On Reverse Side And Check Box

DUKE MENDEL
8494 LUPTON PL
PLANT CITY, FL 33567

FOR CUSTOMER SERVICE CALL   800-274-5282
PAGE 1 OF 1