**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LOUIS "DUKE" MENDEL,

    Plaintiff,

v.     CASE NO. 8:19-cv-489-T-23AEP

NESTLE WATERS
NORTH AMERICA, INC.,

    Defendant.

_____/

**NOTICE OF RELATED ACTIONS**

Pursuant to Local Rule 1.04(d) and the Court's February 26, 2019 order, Plaintiff Louis Duke Mendel and Defendant Nestlé Waters North America Inc. hereby affirm that no similar or successive case exists.

                                            */s/ Matthew J. Conigliaro*
                                            Matthew J. Conigliaro
                                            Fla. Bar No. 63525
                                            CARLTON FIELDS, P.A.
                                            Corporate Center Three at International Plaza
                                            4221 W. Boy Scout Boulevard, Suite 1000
                                            Tampa, FL  33607-5780
                                            Telephone:  813-223-7000
                                            mconigliaro@carltonfields.com

                                            Jeffrey M. Garrod
                                            (Pending admission *Pro Hac Vice*)
                                            New Jersey Bar No. 25267-1972
                                            Orloff, Lowenbach, Stifelman & Siegel, P.A.
                                            44 Whippany Road, Suite 100

Morristown, NJ  07960
Telephone:  973-622-6200
Facsimile:  973-622-3073
jmg@olss.com

*Counsel for Defendant*
*Nestlé Waters North America Inc.*


*/s/ Anthony Garcia*
Anthony Garcia
Florida Bar No. 106919
AG LAW, P.A.
742 S. Village Circle,
Tampa, FL 33606
Phone:  813.259.9555
Fax 813.254.9555
Anthony@aglawinc.com

Nicholas W. Armstrong
PRICE ARMSTRONG, LLC
2421 2nd Avenue North, Suite 1
Birmingham, AL 35203
Phone: 205.208.9588
Fax: 205.208.9598
nick@pricearmstrong.com

W. Lewis Garrison, Jr.
Taylor C. Bartlett
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, AL 35203
Phone: 205.326.3336
Fax: 205.380.0145
lewis@hgdlawfirm.com
taylor@hgdlawfirm.com

*Counsel for Plaintiff Louis Duke Mendel*