UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOUIS DUKE MENDEL,

    Plaintiff,

v.                                                  CASE NO. 8:19-cv-489-T-23AEP

NESTLE WATERS
NORTH AMERICA, INC.,

    Defendant.
_____/

## **ORDER**

In accord with the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2), the defendant removes (Doc. 1) this Florida-law class action. To allow the parties to determine whether the amount-in-controversy exceeds $5 million, the parties jointly move (Doc. 6) to stay the action.

The motion (Doc. 6) is **GRANTED**, and this action is **STAYED** until **APRIL 22, 2019**. The clerk is directed to **ADMINISTRATIVELY CLOSE** the case. The parties may conduct only jurisdictional discovery. In accord with the parties' proposed scheduling order (Doc. 6-1), the defendant's motion to dismiss (Doc. 3) is **DENIED WITHOUT PREJUDICE**.

The plaintiff may move to remand no later than **MAY 6, 2019**. If the plaintiff moves to remand, the defendant must respond to the motion no later than **MAY 20,**

**2019**. If the plaintiff does not move to remand, the defendant must answer or otherwise respond to the complaint no later than **MAY 20, 2019**.

ORDERED in Tampa, Florida, on March 7, 2019.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE